State v. Proctor

secure the appearance of anyone in the district courts of the 27th Judicial District or to secure the compliance by any person with any order of a district court of that district.

*Attorney General Robert Morgan by John M. Silverstein, Associate Attorney for the State.*

*Hollowell, Stott & Hollowell; Frank P. Cooke and Steve B. Dolley, Jr., by Grady B. Stott for petitioner appellants.*

---

STATE OF NORTH CAROLINA v. CAROLYN STEVEY PROCTOR

No. 727SC814

(Filed 22 November 1972)

Criminal Law § 25— plea of nolo contendere — showing of voluntariness in record
    The record affirmatively shows that defendant's plea of *nolo contendere* to the crime of feloniously receiving stolen property was voluntarily and understandingly entered.

APPEAL by defendant from *Martin (Perry), Judge,* 7 August 1972 Session of Superior Court held in EDGECOMBE County.

Defendant, represented by counsel, entered a plea of *nolo contendere* to the crime of feloniously receiving stolen property. Judgment was entered imposing an active prison sentence.

*Attorney General Robert Morgan by H. A. Cole, Jr., Assistant Attorney General for the State.*

*Taylor, Brinson & Aycock by William W. Aycock, Jr. for defendant appellant.*

VAUGHN, Judge.

No exceptions were entered at the trial before Judge Martin. Several days after the entry of judgment, defendant expressed a desire to appeal. Counsel for defendant, with appropriate candor, concedes that he is unable to discover or assign error but states that defendant now contends that the plea was not voluntarily and understandingly entered. The record contains the transcript of defendant's plea and the court's adjudication thereon. It clearly and affirmatively appears that the plea was voluntarily and understandingly entered. The court's adjudication thereon is supported by the evidence developed in open court and is affirmed. *State v. Ford*, 281 N.C. 62, 187 S.E. 2d 741.

No error.

Judges HEDRICK and GRAHAM concur.